Decided September 15, 2004

UNITED SERVICES AUTOMOBILE ASSOCIATION *v.* BRIAN KASCHEL, ADMINISTRATOR (ESTATE OF JOHN T. KELLY), ET AL.

The petition by the defendants Robert Choquette and Marita Choquette for certification for appeal from the

Appellate Court, 84 Conn. App. 139 (AC 24128), is denied.

*Brenden P. Leydon,* in support of the petition.

*Charles A. Deluca* and *R. Kelley Franco,* in opposition.

Decided September 15, 2004